NO. 8726

COURT OF APPEAL

PARISH OF ORLEANS.

————

WILLIAM R. WHITESIDE

versus

WEST NEW ORLEANS LIGHT & TRACTION COMPANY
and THE SHOUTHERN COTTON OIL COMPANY.

————

Court of Appeal
Parish of Orleans
FILED Dec' 11/22
Stansbury

Dinkelspiel; J.

This suit in so far as the pleadings and the evidence
is concerned, is identical with the case this day decided in this
Court, of Mrs. Olivia Schlumbrecht versus the West New Orleans
Light & Traction  Company and the Southern Cotton Oil Company,
and we refer to the decision in that case on all the points
therein decided, except the question of damages and the amount
thereof.

In this case plaintiff was a passenger on the car of
the West New Orleans Light & Traction Company, on the morning
of June 24th, 1920, and claims damages for injuries resulting
from said accident, testifying that he had fractured his thumb,
and of the right knee, severe bruises on his head, lasceration
and strain of his back, just over the right hip, from which he
continued to suffer even up to the day of the trial, on April
27th, 1922; he was treated by a physician, confined to his hard
bed for seven days, unable to work for thirty days and claimed
he still suffered with pka pains in his back just above the right
hip, he contends that his injuries are permanent.  Prior to the
accident he had never been sick, passed an examination for en-
listment in the United States Navy, was accustomed to work as
boiler-maker helper and electrician; he incurred a debt of fif-
ty dollars for medical attention, he lost the sum of $160.00
during the time he was laid up on account of his injuries.

Dr. Gelbke was his physician and he testifies in this
case, and his testimony shows that he suffered fxa contusion
of the head, back and hip and his right thumb was fractured,
that he was confined to his bed for seven days and under treat-
ment for thirty days.

It is further shown in this record that the plaintiff
lost his job and was not able to do anything but laborer's work,
due to the injuries.

The trial Judge saw and heard the witnesses and there-
fore had a better opportunity to judge of the character of the

testimony offered, than we have, and he rendered a judgment in favor of the plaintiff for the sum of $610.00.

It has been held that the District Judge who saw and heard the witnesses was in a better position than this court to judge of the character of the testimony , and therefore we attach great weight to his judgment, which will not be disturbed unless clearly wrong or manifestly erroneous.

LaGroue vs. The city of New Orleans et al. 114 La. 253.

Also see Burke vs. Werlein, 143 La. 788..

Johnson vs. Milhas, 141 La. 488.

Plaintiff has prayed for an increase in judgment in the sum of $1900.00. We do not think he is entitled to this amount or any amount beyond what the Judge aquo gave him.

We have examined the authorities and from the evidence in this record, we are of the opinion that the lower Court has done justice.

or the reasons assigned this day in the case of Mrs. Olivia Schlumbrecht against the same defendants, No. 8725, it is ordered, adjudged and decreed, that the judgment against the Southern Cotton Oil Company be reversed, and the judgment against the West New Orleans Light & Traction Company for the sum of $610.00 with legal interest from judicial demand be affirmed, costs of both courts to be paid by the West New Orleans Light & Traction Company.

--Judgment affirmed in part and reversed in part--